## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

07 - 20898CR-JORDAN / TORRES

IN RE:

**FEDERAL GRAND JURY 06-105 (MIA)**

_____/



FILED by _____ D.C.
MAG. SEC.

NOV 1 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and the Court's Order to Seal, and for these documents to remain sealed in the custody of the Clerk of the Court until the arrest of the first of the defendants or until further order of the Court, whichever occurs first. In support thereof, the following is stated:

1.    Four defendants have been charged on this date in an Indictment in the instant matter.

2.    Public filing of this Indictment could alert the defendants and possibly frustrate the government agents' efforts to arrest Him.

3.    One of the defendants is a United States citizen who currently resides in a foreign country.

4.    The United States government has been advised that the authorities in the foreign country will cooperate in making said defendant available for proceedings in the United States.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel in connection with the arrests of the charged defendants), Bond Recommendation Sheets, this Motion to Seal, and the Court's Order to Seal be sealed until the arrest of the first of the defendants or until further order of the Court, whichever occurs first.

Dated: November ____15____, 2007

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:_____
NORMAN O. HEMMING, III
ASSISTANT U. S. ATTORNEY
Court ID# A5500680
99 NE 4th Street, Suite 400
Miami, Florida 33132-2111
Tel: (305) 961-9209
Fax No. (305) 536-4940

2