AO 187 (Rev. 11/2002) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number:  **07-20898-CR-JORDAN**

UNITED STATES OF
AMERICA

        Plaintiff

v.

CARLOS BERDEAL, ET AL.

        Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>WILLIAM C. TURNOFF | | | | | PLAINTIFF'S ATTORNEY<br>Norman O. Hemming, II | DEFENDANT'S ATTORNEY<br>David S.Mandell, et al. |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | | COURT REPORTER<br>Arthur Bilotti, Official Reporting | COURTROOM DEPUTY<br>L.Williams |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 12/8/08 | | | WITNESS: CASEY S. ORAVETZ, Special Agent, NOAA (questioned by Dfse.) | |
| X | | 12/8/08 | | | WITNESS: DR. LISANDRO D'LEON, Former Nicaraguan Attorney General for | |
| | X | 12/8/08 | | | WITNESS: DR. RENFREAL PAISANO, Attorney/Notary Public/Professor/Vice Dean | |
| X | | 12/8/08 | | | WITNESS: DR. JOSE LUIS, Chief Environmental Prosecutor, Nicaragua | |
| | X | 12/9/08 | | | WITNESS: DR. KEITH ROSENN, Professor of Latin American Law at University of Miami | |
| | X | 12/9/08 | | | WITNESS: DAVID KLEIMAN, Digital Forensic Examiner | |
| | | | | | (GOVT AND DEFT EXHIBIT LISTS ATTACHED) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

USA vs. CARLOS GERMAN BERDEAL, et al.

INDEX TO BINDER OF EXHIBITS FROM 12/8/08 – 12/9/08 EVIDENTIARY HEARING ON
MOTION TO SUPPRESS ALL EVIDENCE OBTAINED DURING THE WARRANTLESS
SEARCH OF CARODI SEAFOOD AND ALL FRUIT OF THE POISONOUS TREE, AND
REQUEST FOR EVIDENTIARY HEARING (D.E. 58)

| EXHIBIT | DESCRIPTION |
|---|---|
| DEFENDANTS' EXHIBITS | |
| A1<br><br>12/8/08<br><br>ADMITTED | English Version of Attorney General's Office, Environmental Attorney's Office Report regarding confidential information obtained from the National Marine Fisheries Services in November 2003 regarding Carlos Seafood importing from Nicaragua species of snook labeled as "Golden Sea Bass." |
| A2   ADMITTED<br>12/8/08 | Spanish Version of Exhibit A1 titled: Procuraduria General De La Republica Procuraduria Ambiental; Información Confidencial |
| B1<br>   ADMITTED<br>12/8/08 | Spanish Version of Exhibit B2 titled: Plan De Trabajo Para Investigar Etiquetado Fraudulento De Producto Pesquero Exportado A Estados Unidos Por La Empresa Carlos Seafood Inc. De Miami Florida |
| B2   ADMITTED<br><br>12/8/08 | English Version of Exhibit B1 titled:  Work Plan for the Investigation of Fraudulent Labeling of Seafood Exported to the United States By the Firm of Carlos Seafood, Inc. of Miami, Florida |
| C   ADMITTED<br>12/8/08 | Spanish Version of Carodi log book titled:  Carodi Sea Food de Nicaragua, S.A., Puerto Cabezas, Nicaragua, C.A., Ruc. No. 051198-9523, Contorol de entrada y salidas de visitas a Carodi, S.A. |
| D<br>   ADMITTED<br><br>12/8/08 | Spanish Version of "Affidavit" of Lisandro D'Leon Mairena dated July 28, 2005 (document numbers 012631 – 012632) titled:  Procuraduria General De La Republica; Constancia (veintiocho de Julio del dos mil cinco, Lisandro D'Leon Mairena, Procurador Especifico Ambiental) |
| E   ADMITTED<br>12/8/08 | Pesca Fresca Warrant |
| F<br>   ADMITTED<br><br>12/8/08 | Spanish Version of "Affidavit" of Jose Luis Garcia Ruiz dated July 28, 2005 (document numbers 012549 – 012550) titled:  Procuraduria General De La Republica; Constancia (veintiocho de Julio del dos mil cinco, José Luis García Ruiz, Procurador Auxiliar Ambiental) |
| G   ADMITTED<br>12/9/08 | Resume of Keith S. Rosenn |

(CONTINUED DEFT'S EXHIBITS)

| EXHIBIT | DESCRIPTION |
|---|---|
| H   ADMITTED 12/9/08 | Carodi Warrant and Application Materials—Spanish Version |
| I   ADMITTED 12/9/08 | Carodi Warrant and Application Materials—English Version |
| J   ADMITTED 12/9/08 | Article 26 of the Political Constitution of the Republic of Nicaragua (English version with Spanish Version attached) |
| K   ADMITTED 12/9/08 | Articles 215- 220 of the Code of Criminal Procedure of the Republic of Nicaragua, 2008 Edition (English version with Spanish version attached). |
| L   ADMITTED 12/9/08 | Judgment No. 75, Supreme Court of Justice, Criminal Division, Managua, March 30, 2007 (English version with Spanish version attached) |
| M   ADMITTED 12/9/08 | Article 5 of the Nicaraguan Criminal Code (English version with Spanish version attached) |
| N   ADMITTED 12/9/08 | December 4, 2008 Declaration of Miguel Orlando Calero Juarez (Spanish version with English version attached) |
| O   ADMITTED 12/9/08 | Resume of Deft. witness David Kliemen Digital Forensic Expert |
| P   ADMITTED 12/9/08 | Search Warrants/Affidavit AOL 05-3087-STB |
| Q   ADMITTED 12/9/08 | Search Warrants/Affidavit Yahoo, Inc. 05-3086-STB |
| R   ADMITTED 12/9/08 | Summary of what was searched by S/A Casey Dravetz NOAA Agent 8/1/08 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| EXHIBIT | DESCRIPTION |
|---|---|
| GOVERNMENT'S EXHIBITS | |
| 1 ADMITTED 12/8/08 | Spanish Version:  March 19, 2005 letter to Julio Enrique Rodriguez Castillo from Dale Arnold Teofilo Mendoza |
| 2 ADMITTED 12/8/08 | Spanish Version:  March 31, 2005 letter to Paul W. Raymond (Assistant Special Agent, NOAA) from Lisandro D'Leon Mairena |
| 3 ADMITTED 12/8/08 | Spanish Version:  April 18, 2005 letter to Paul Raymond from Lisandro D'Leon Mairena |
| 4 ADMITTED 12/8/08 | Spanish Version:  April 22, 2005 letter to Lisandro D' Leon Mairena from Jorge A. Molina Lacayo |
| 5 ADMITTED 12/8/08 | Spanish Version:  May 19, 2005 letter to Hal Robbins (Special Agent NOAA) from Alberto Novoa Espinoza |
| 6 ADMITTED 12/8/08 | Spanish Version:  Plan De Trabajo |
| 7 ADMITTED 12/8/08 | Spanish Version:  Acta Especial De Inspeccion De La Oficina De Adpesca Regional RAAN Y De La Procuraduria Ambiental De Nicaragua |
| 8 ADMITTED 12/8/08 | English Version of Resume of José Luis García Ruiz with attached Spanish Version. |

9  ADMITTED  12/8/08        CODIGO PROCESAL PENAL / PENAL CODE-NICARAGUA (BOOK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 07-20898-CR-JORDAN

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= EXHIBITS LOCATED IN BINDER