UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20898-CR-JORDAN

UNITED STATES OF AMERICA,

  Plaintiff,

  vs.        **SATISFACTION OF JUDGMENT**

CARLOS SEAFOOD, INC.,

  Defendant.
_____/

The criminal monetary impositions having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

        Respectfully Submitted,

        JEFFREY SLOMAN
        ACTING UNITED STATES ATTORNEY

        s/Elizabeth Ruf Stein
       By: ELIZABETH RUF STEIN(354945)
        ASSISTANT U.S. ATTORNEY
        Elizabeth.Stein@usdoj.gov
This Instrument Was Prepared By: 99 N.E. FOURTH STREET
        Miami, Florida 33132
        Tel No: (305) 961-9313
        Fax No:(305) 530-7195
        Attorney for the Plaintiff